PIERRE A. RABY, Respondent, *v.* GREATER NEW YORK DEVELOPMENT COMPANY, Appellant.

*Raby* v. *Greater New York Development Co.*, 151 App. Div. 72, affirmed.
(Argued January 23, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 24, 1912, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for specific performance of a contract to sell real property.

*Dallas Flannagan* and *Walter T. Lindsay* for appellant.

*W. R. Spooner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.